| Juror # | Name | Followup Questions |
|---|---|---|
| 2 | BROWN, JUNE | **Prosecution:**<br><br>**Defense:**<br>Question 2, 18, 32<br>Question 39<br>Question 43 |
| 5 | RIDI, CHRISTIANE W | **Prosecution:**<br>Question 26: did not answer<br>**Defense:**<br>Question 18<br>Question 34 |
| 6 | KING, MARGARET M | **Prosecution:**<br>Question 14: Please elaborate on your job with the Human Resources Department. What types of "discrimination issues" do you work on? What types of things did you do when you worked at the Peekskill Department of Social Services?<br>Page 24: indicates possible familiarity with Dawud Barnes, Khalid Barnes, Tuere Barnes, Yusuf Barnes, John Behan, Eric Johansen, Stephen Udice, Arthur Ubben<br>**Defense:**<br>Question 18<br>Question 21<br>Question 32<br>Question 34<br>Question 57 |
| 7 | ADOLFSSON, BOYD | **Defense:**<br>Question 18<br>Question 32, 36, 39 |

| Juror # | Name | Followup Questions |
|---|---|---|
| 12 | BOWSER, JACQUELINE | **Prosecution:**<br>Question 1<br>Question 42<br>**Defense:**<br>Question 4 |
| 15 | MEYER, EMILIA | **Prosecution:**<br>Question 18: what type of law does your brother practice?<br>Question 21: who in their right mind actually watches Battlestar Galactica? (yes, we're kidding)<br>Question 33: did law firm do any criminal work?<br>Question 37<br>Question 41 was this ever reported to the police? [in this instance (child molestation) if the answer is "no," no followup is requested]<br>Question 42<br>**Defense:**<br>Question 1<br>Question 43<br>Question 47 |
| 18 | VENTURA, SALVATORE | **Prosecution:**<br>Question 37<br>Question 69<br>**Defense:** |
| 20 | MACRILLO, V CHRISTOPHER | **Prosecution**<br>**Defense:**<br>Question 1<br>Question 59<br>Question  60 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 21 | MANERA, THERESA A | **Prosecution:**<br>Question 41<br>**Defense:**<br>Question 43<br>Question 59<br>Question 60<br>Question 61<br>Question 63 |
| 23 | WHEELER, JESSE H | **Prosecution:**<br>Question 32: what kind of youth work did you do?<br>Question 43<br>Question 49: please explain more details about how you knew the witness. About how long ago was the trial?<br>**Defense:**<br>Question 34<br>Question 59<br>Question 60 |
| 25 | BARBONE, DANIEL A | **Prosecution:**<br>Question 33<br>Question 41<br>**Defense:**<br>Question 1<br>Question 38<br>Question 55 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 26 | BOOKIS, CATHERINE S | **Prosecution:**<br>Question 41<br>Question 56<br>**Defense:**<br>Question 1<br>Question 18<br>Question 21<br>Question 37<br>Question 42<br>Question 43 |
| 28 | SMALL, STEPHEN W | **Prosecution:**<br>Question 37<br>Question 60<br>**Defense:** |
| 30 | KARLIN, GAYLYN | **Prosecution:**<br>Question  45 |
| 33 | STEWART, LIONEL P | **Prosecution:**<br>Question 42<br>Question 43<br>Question 44<br>**Defense:**<br>Question 18<br>Question 39<br>Question 41<br>Question 47 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 35 | NOTARISTEFANO, PAULA | **Defense:**<br>Question 32<br>Question 59<br>Question 60<br>Question 62 (no answer)<br>Question 63<br>Question 66 |
| 36 | VALENTIA, JOSEPH T | **Defense:**<br>Question 1<br>Question 14<br>Question 18<br>Question 32<br>Question 33<br>Question 36<br>Question 37<br>Question 39<br>Question 41<br>Question 42<br>Question 43<br>Question 44<br>Question 45<br>Question 48 |
| 38 | MIATA, GUY J | **Prosecution:**<br>Question 56<br>**Defense:**<br>Question 32<br>Question 43<br>Question 45<br>Question 67 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 43 | MATHEW, SHAWN | **Prosecution:**<br>Question 41<br>**Defense:**<br>Question 1<br>Question 61<br>Question 62 |
| 56 | SCHEEDEL, RUSSELL | **Prosecution:**<br>Question 42<br>Please answer the following questions: 1, 4 (the 2d part of the question), 20, 26, and 71<br>**Defense:**<br>Question 41<br>Question 44 |
| 58 | GANDIA JR, JOSEPH | **Defense**<br>Question 18<br>Question 32<br>Question 33 |
| 59 | GOMEZ II, HARRY | **Prosecution:**<br>Please answer questions 4 (the 2d part of the question) and 5<br>Question 34: What happened to your application?<br>Question 67: Please follow up.<br>**Defense:**<br>Question 4<br>Question 32 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 60 | RYDER, DONNA M | **Prosecution:**<br><br>Question 28: What is "mystery shopping"?<br><br>How long were you a Postal Police Officer? Why did you leave that position? Is there anything about having been a Postal Police Officer that would prevent you from being a fair and impartial juror in this case?<br><br>**Defense:**<br><br>Question 18<br><br>Question 34<br><br>Question 39<br><br>Question 42<br><br>Question 43<br><br>Question 62<br><br>Question 67 |
| 61 | SCHMIDT, MATTHEW M | **Prosecution:**<br><br>Please answer the following questions: 26, 29, and the last part of 70.<br><br>**Defense:**<br><br>Question 32<br><br>Question 43<br><br>Question 60 |
| 63 | FOX, DOUGLASS B | **Defense:**<br><br>Question 18<br><br>Question 41<br><br>Question 59<br><br>Question 60<br><br>Question 62<br><br>Question 63 |
| 67 | FLAYTER, GORDON P | |

| Juror # | Name | Followup Questions |
|---|---|---|
| 69 | GROISSL, JOHN A | **Prosecution:**<br>Question 1: What is your hardship?<br>Question 42<br>Question 45<br>Question 62: Please explain your answer.<br>**Defense:**<br>Question 32<br>Question 34<br>Question 41<br>Question 48 |
| 72 | BUTLER, TRACY D | **Prosecution:**<br>Question 38<br>Question 55<br>Question 69<br>Question 75: Why would you "prefer not to" serve on this jury?<br>**Defense:**<br>Question 5<br>Question 32<br>Question 41<br>Question 59<br>Question 60 |
| 73 | OSHRY, STEVEN B. | **Defense:**<br>Question 62 |

| Juror # | Name | Followup Questions |
|---|---|---|
| 74 | MCLERNON, GREGORY | **Defense**<br>Question 32<br>Question 34<br>Question 43<br>Question 48<br>Question 59<br>Question 60<br>Question 61<br>Question 62 |
| 76 | FARGO, MAUREEN A | **Defense:**<br>Question 32<br>Question 33<br>Question 40 |
| 77 | ZAWACKI, DAVID J | **Prosecution:**<br>Question 39<br>Question 45<br>Question 63: please explain (juror checked two boxes)<br>Please answer the following questions 70-72.<br>**Defense:**<br>Question 18 |
| 78 | FRANCIS, IHAB W | |
| 79 | BUDD, CHARLES S | **Prosecution:**<br>Question 45<br>Question 47<br>**Defense:**<br>Question 39<br>Question 41 |
| 80 | SLAUGHTER, THOMAS E | **Prosecution:**<br>Question 26<br>**Defense:** |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 81 | GOLDRING, ALAN H | **Prosecution:**<br>Please answer the following questions: 13, 26, and 74<br>Please explain your answers to the following questions: 13, 14, 29, 39, 48, 60, 61, and 62<br>**Defense:** |
| 82 | CALABRO, PATRICIA | **Prosecution:**<br>Question 42<br>Question 45<br>Question 47<br>**Defense:**<br>Question 1 |
| 84 | LEWIS, FLORENCE N | **Prosecution:**<br>Question 38<br>Question 56<br>Please answer the following questions: 12, 26, and 66.<br>**Defense:**<br>Question 1<br>Question 5 |
| 89 | RELYEA, RONALD J | **Prosecution:**<br>Question 40<br>Question 41<br>Question 69<br>Question 70: "I *guess* I would be inclined to follow the law..."<br>**Defense:**<br>Question 18<br>Question 32<br>Question 40<br>Question 41<br>Question 58<br>Question 67 |

| Juror # | Name | Followup Questions |
|---------|------|---------------------|
| 90 | MATHEW, ABRAHAM | **Defense:**<br>Question 3<br>Question 59<br>Question 60<br>Question 63 |
| 93 | FREEMAN, ELLEN R | **Prosecution:**<br>Question 26: not answered<br>Question 41<br>Question 44<br>Question 55: what do you mean by a "very dim view" of the charges?<br>Question 56<br>Question 59: response implicates separation of guilt phase and punishment phase, notwithstanding response to Question 69<br>**Defense:**<br>Question 1<br>Question 4<br>Question 18<br>Question 43 |
| 94 | NUNES, MONICA | **Prosecution:**<br>Question 39<br>Question 42 (ex-boyfriend)<br>Question 45 (uncle)<br>**Defense:** |
| 96 | LALL, ROOPCHAND | **Prosecution:**<br>Question 29: not answered<br>**Defense:** |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 98 | COSGROVE, JULIA A | **Defense:**<br>Question 5<br>Question 20<br>Question 32<br>Question 33<br>Question 34<br>Question 43<br>Question 48 |
| 99 | SPITZ, ALYSSA E | **Prosecution:**<br>Question 37<br>**Defense:**<br>Question 18<br>Question 47 |
| 100 | BOTJER, CLAUS | **Prosecution:**<br>Question 26: did not answer<br>Question 41<br>Question 42<br>**Defense:**<br>Question 1<br>Question 4<br>Question 32<br>Question 34<br>Question 58<br>Question 59 (no answer)<br>Question 61<br>Question 62 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 101 | KELLY, LISA F | **Defense:**<br>Question 5<br>Question 18<br>Question 32<br>Question 34<br>Question 38<br>Question 55<br>Question 56 |
| 103 | BERMAN, MARILYN A | **Prosecution:**<br>Question 1<br>Question 55: not answered<br>Question 56: not answered<br>**Defense:**<br>Question 18<br>Question 41<br>Question 43<br>Question 60<br>Question 66 |
| 105 | CALDIERO, ROBERT L | **Prosecution:**<br>Question 37<br>Question 39<br>Question 40<br>Question 45<br>**Defense:**<br>Question 21<br>Question 32<br>Question 48<br>Question 59<br>Question 60 |

| Juror # | Name | Followup Questions |
|---|---|---|
| 107 | KURIAN, SUSAN | **Prosecution:**<br>Question 1<br>Questions 20-22 no news, tv, or newspapers?<br>Question 26<br>Question 45<br>Question 55<br>Question 56<br>**Defense:**<br>Question 3 |
| 111 | BOYD, THOMAS A | **Prosecution:**<br>Question 1<br>**Defense:**<br>Question 5 |
| 112 | GELBTUCH, VICKI E | **Prosecution:**<br>Question 55<br>Question 56<br>Question 63<br>Question 75<br>**Defense:**<br>Question 26(a)<br>Question 38, 55<br>Question 60<br>Question 69 |
| 113 | MOCCIO, PAUL A | **Prosecution:**<br>Question 43 what drugs were involved?<br>**Defense:**<br>Question 32 how does this affect evaluation of law enforcement testimony<br>Question 59<br>Question 60 |

| Juror # | Name | Followup Questions |
|---|---|---|
| 117 | POLLACK, SHARON | **Prosecution:**<br>Question 42<br>**Defense:**<br>Question 32 how will this affect evaluation of law enforcement testimony |
| 118 | GOLDEN, KIMBERLY A | **Prosecution:**<br>Question 18<br>Question 37<br>**Defense:** |
| 120 | BERMAN, JOSHUA | **Prosecution:**<br>Question 39<br>**Defense:**<br>Question 13 |
| 124 | LYNCH, KEVIN T | **Prosecution:**<br>Question 26 did not answer<br>Question 39<br>Question 65: criminal justice studies, human rights experience, never thought about death penalty?<br>Job in Peekskill, human rights work: do you know any Peekskill police?<br>**Defense:**<br>Question 74 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 125 | FERENTINI, JOSEPH J | **Prosecution:**<br><br>None of these questions is answered:<br><br>Question 29<br><br>Question 60<br><br>Question 61<br><br>Question 62<br><br>Question 65<br><br>Question 67<br><br>Question 70<br><br>**Defense:**<br><br>Question 26(b) did not answer<br><br>Question 32 where is your son with DEA; how will this affect evaluation of law enforcement/DEA testimony<br><br>Question 39<br><br>Question 59 |
| 126 | COUZENS, KIMBERLY A | **Prosecution:**<br><br>Question 37<br><br>Question 68<br><br>**Defense:**<br><br>Question 32 |
| 127 | DAY, CYNTHIA S | **Prosecution:**<br><br>Question 37<br><br>Question 41<br><br>Question 42<br><br>Question 69<br><br>**Defense:**<br><br>Question 3 |

| Juror # | Name | Followup Questions |
|---------|------|---------------------|
| 129 | BYRNE, JAMES F | **Prosecution:**<br>You indicated that you worked with an AUSA "Majorie Feingold" in the past: How long did you work with her?; Is there anything about that experience that would prevent you from serving as a<br>fair and impartial juror in this case?<br>**Defense:**<br>Question 26(a) didn't answer<br> Question 32<br>Question 39<br>Question 44<br>Question 53<br>Question 57<br>Question 59 |
| 130 | ALBERO, LUCIA | **Prosecution:**<br>Question 1: What is your work-related hardship?<br>Question 55<br>Question 69<br>Question 70: Please explain your answer.<br>**Defense:**<br>Question 4<br>Question 32:  how will this affect evaluation of law enforcement testimony?<br>Question 75 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 132 | LARSON, DANIEL C | **Prosecution:**<br>Question 39: Please explain your answer.<br>Question 43: Would this prevent you from serving as a fair and impartial juror in this case?<br>**Defense:**<br>Question 40: how will this affect evaluation of law enforcement testimony?<br>Question 70 |
| 135 | O'ROURKE, GAIL A | **Prosecution:**<br>Question 55<br>Question 56<br>Question 69<br>**Defense:**<br>Question 26(a) didn't answer<br>Question 32<br>Question 40, 44<br>Question 55<br>Question 59<br>Question 61<br>Question 62<br>Question 70 |
| 136 | WEISS, FRED E | **Prosecution:**<br>Question 23: Please complete your answer.<br>**Defense:**<br>Question 3<br>Question 59 |

| Juror # | Name | Followup Questions |
|---|---|---|
| 138 | BANNISTER-BENBOW, SARAH L | **Prosecution:**<br>Question 42<br>Question 45<br>Question 69<br>Please explain your answers to the following questions: 39, 43,<br>Please answer the following questions: 67, 70, and 71.<br>**Defense:**<br>Question 44<br>Question 60, 66 |
| 139 | CHASANOFF, DEVORA M | **Prosecution:**<br>Question 1: Are you claiming a job-related hardship? If so, please explain your hardship.<br>Question 55<br>Question 56<br>Question 60: Please explain your answer.<br>**Defense:**<br>Question 3<br>Question 59<br>Question 60<br>Question 61 |
| 147 | GAFFNEY, SABRINA | **Prosecution:**<br>Question 1: Are you claiming a work-related hardship? If so, please explain the hardship.<br>Question 33: Where does your cousin practice criminal law? Have you discussed his work with him? Is there anything you have learned from your cousin that would impact your ability to fairly decide this case?<br>**Defense:**<br>Question 41<br>Question 55 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 149 | GONZALEZ, RAYMOND | **Prosecution:**<br>Question 1: Are you claiming an economic hardship? If so, please explain the hardship.<br>**Defense:**<br>Question 59, 60, 61, 62, 63<br>Question 67<br>Question 70 |
| 150 | NEWLAND, SUSAN J | **Prosecution:**<br>Question 1: Are you claiming a hardship? Please explain your hardship.<br>Question 17: Please complete your answer to this question.<br>Question 38<br>Question 55<br>Question 56<br>**Defense:**<br>Question 5<br>Question 32, 34<br>Question 41<br>Question 43<br>Question 57<br>Question 75 |
| 152 | FREY SR, KENNETH A | **Prosecution:**<br>Question 42<br>Please answer questions 70 and 71.<br>**Defense:**<br>Question 26(a)<br>Question 32, 34<br>Question 59 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 156 | KAUTZ, LAWRENCE | **Prosecution:**<br>Question 1: Are you claiming an economic hardship? If so, what is your hardship?<br>Question 56<br>Please answer the following questions: 59 and 67.<br>**Defense:**<br>Question 4<br>Question 32<br>Question 60 |
| 159 | SCHULZE, MARTHA | **Prosecution:**<br>Question 1: Are you claiming a hardship? If so, what is your hardship?<br>Please answer question 26.<br>**Defense:**<br>Question 5<br>Question 32<br>Question 44<br>Question 55<br>Question 59, 62 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 162 | LUCCA JR, ROBERT J | **Prosecution:**<br>Question 13 What is your job at Verizon?<br>Question 39<br>Question 40<br>Question 41<br>Question 42<br>Question 43<br>Question 44<br>Question 48<br>**Defense:**<br>Question 18, 32, 34<br>Question 38, 55<br>Question 59<br>Question 70<br>Question 75 |
| 166 | PAPCSY, SUZANNE M | **Prosecution:**<br>Question 1<br>Question 26<br>Question 42<br>**Defense:**<br>Question 4<br>Question 59<br>Question 60 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 167 | QUINN, HEIDI M | **Prosecution:**<br>Question 33<br>Question 39<br>Question 40<br>Question 41<br>**Defense:**<br>Question 32<br>Question 59, 60, 61, 63 |
| 169 | STROBEL, DONNA A | **Prosecution:**<br>Question 38<br>Question 41<br>Question 56<br>**Defense:**<br>Question 1, 5<br>Question 51<br>Question 57<br>Question 59, 62<br>Question 75 |
| 170 | MELE, ANTHONY V | **Prosecution:**<br>**Defense:**<br>Question 60<br>Question 61<br>Question 62<br>Question 67 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 171 | SMALLEY, MARGARET | **Prosecution:**<br>Question 26<br>Question 45<br>Question 60<br>Question 62<br>**Defense:**<br>Question 59 |
| 175 | DELFINO, CHRISTOPHER | **Prosecution:**<br>Question 41<br>Question 43 please elaborate<br>**Defense:**<br>Question 32, 34<br>Question 59, 60 |
| 177 | MCKENZIE, HAZEL E | **Prosecution:**<br>Answered very few DP questions (58-73)<br>**Defense:**<br>Question 42, 34 |
| 182 | LEACH, STEPHEN G | **Prosecution:**<br>Question 1<br>Question 41<br>Question 43<br>Question 48<br>**Defense:**<br>Question 3, 4<br>Question 32, 34<br>Question 44<br>Question 57<br>Question 59, 61<br>Question 67 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 183 | KELLY, FREDERICK C | **Prosecution:**<br><br>Question 18 What type of lawyer is your son?<br><br>Question 29<br><br>Question 31<br><br>Question 37<br><br>Question 41<br><br>**Defense:**<br><br>Questions 27 through 31 (not answered)<br><br>Question 32<br><br>Questions 59, 60, 61<br><br>Question 66<br><br>Question 70 |
| 185 | MARTINEZ, EMILIO H | **Prosecution:**<br><br>When did you emigrate from Cuba?<br><br>Question 26<br><br>Question 45<br><br>**Defense:**<br><br>Question 32<br><br>Question 49<br><br>Question 59<br><br>Question 75 |
| 187 | LEM, DONALD J | **Prosecution:**<br><br>Question 26<br><br>Question 29<br><br>Question 31<br><br>Question 41<br><br>Question 45<br><br>**Defense:**<br><br>Question 59<br><br>Quesion 67 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 189 | ROSENBERG, JONATHAN | **Prosecution:**<br><br>Question 37<br><br>Question 43<br><br>Question 44<br><br>Question 53<br><br>**Defense:**<br><br>Question 32, 33<br><br>Question 39<br><br>Question 50<br><br>Question 52<br><br>Question 60 |
| 190 | CUTLER, SINDY B | **Prosecution:**<br><br>Question 1<br><br>Question 18 what kind of attorney is your husband?<br><br>Question 38<br><br>Question 60<br><br>Question 65<br><br>Question 67<br><br>**Defense:**<br><br>Question 70<br><br>Question 75 |
| 191 | YODICE, PAUL A | **Prosecution:**<br><br>Question 41<br><br>Question 45<br><br>**Defense:**<br><br>Question 32<br><br>Question 39<br><br>Question 59<br><br>Question 67 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 192 | STEINBERG, MICHAEL | **Prosecution:**<br>Question 37<br>Question 41<br>Question 56<br>**Defense:**<br>Question 1<br>Question 38<br>Question 59 |
| 193 | WYNNE, EDWARD W | **Prosecution:**<br>Question 23 which crime stories have you followed lately?<br>Question 37<br>Question 45<br>Question 56<br>Question 66<br>Question 67<br>Question 70<br>Question 71<br>Question 72<br>**Defense:**<br>Question 1, 5<br>Question 14 (unclear)<br>Question 32 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 194 | ASPINALL, SANDRA | **Prosecution:**<br>Question 18 what kind of attorney is your husband?<br>Question 26<br>Question 45<br>Question 57<br>Question 59<br>Question 60<br>Question 61<br>Question 62<br>Question 66<br>Question 69<br>Question 70<br>Question 71<br>**Defense:**<br>Question 1<br>Question 4<br>Question 32 |
| 195 | MURPHY, JOHN F | **Prosecution:**<br>Question 26<br>**Defense:**<br>Question 32<br>Question 59<br>Question 70 |
| 196 | FULLER, VALERIE | **Prosecution:**<br>Question 13 age of children provide services to?<br>Question 14 type of work do with inmates?<br>Question 41<br>Question 43<br>**Defense:**<br>Question 60, 61, 62 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 198 | DOWD, RAYMOND T | **Prosecution:**<br>Question 32<br>Question 34<br>Question 37<br>Question 39<br>Question 44<br>**Defense:**<br>Question 1, 4<br>Question 59, 62<br>Question 67 |
| 199 | LEVY, ADAM B | **Prosecution:**<br>Question 39<br>Question 40<br>Question 45<br>**Defense:**<br>Question 32<br>Question 34<br>Question 59<br>Question 65 |
| 201 | BILLIG, LORRAINE R | **Prosecution:**<br>Retired from what type of job?<br>Question 41<br>Question 42<br>**Defense:**<br>Question 60, 62<br>Question 66 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 204 | POLISTENA, JOSEPH A | **Prosecution:**<br>Question 1<br>Question 41<br>Question 43<br>Question 44<br>**Defense:**<br>Question 32, 34<br>Question 54<br>Question 59<br>Question 66<br>Question 70<br>Question 75 |
| 205 | SCHAETZL, ROSALIE T | **Prosecution:**<br>Question 41<br>**Defense:**<br>Question 32<br>Question 59, 60 |
| 206 | HOFFMAN, VIVIAN | **Prosecution:**<br>Question 1<br>Question 26<br>Question 36<br>Question 43<br>**Defense:**<br>Question 4<br>Question 57<br>Question 75 |
| 209 | RAGHAVACHARI, MUKUND | **Prosecution:**<br>Question 26 anyone you admire least?<br>**Defense:**<br>Question 1 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 212 | SALMON, SANDRA J | **Prosecution:**<br><br>Please answer the following questions: 25 and 26.<br><br>Question 29: Juror claims to be both "somewhat liberal" and "Somewhat conservative." Please explain what you mean by this.<br><br>Question 42<br><br>**Defense:**<br><br>Question 32, 34<br><br>42, 43, 45, 46: How do problems your brothers had affect your view of this case, involving charges of drug distribution?<br><br>49 – Grand jury generally; federal?<br><br>59 – What kinds of cases?<br><br>70 – Which predominates in your view? |
| 213 | SVOBODA, VIRGINIA M | **Prosecution:**<br><br>Question 56<br><br>Please answer question 57.<br><br>**Defense:**<br><br>32 – View of police credibility? |
| 214 | GIUDICE, BRYAN C | **Prosecution:**<br><br>Question 25: What is SAANYS?<br><br>**Defense:**<br><br>1 – Explore hardship<br><br>32 – Police credibility<br><br>62 – Does this view apply to drug-related murders? |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 215 | BANVILLE, JAMES J | **Prosecution:**<br><br>Question 38<br><br>Question 56<br><br>**Defense:**<br><br>32 – How many NYPD friends?  Police credibility?<br><br>62 – How important is cost and  appeals?<br><br>75 – Reprisal and safety concerns. |
| 216 | SPATH, JEFFREY V | **Prosecution:**<br><br>**Defense:**<br><br>26 – Who is Max Kellerman?<br><br>34 – When apply?  Why?<br><br>59 – What mean by "heinous act?" |
| 218 | COOMBS, CYNTHIA A | **Prosecution:**<br><br>Question 56<br><br>Question 62: You state, in response to this question, that "[b]ecause "beyond a reasonable doubt" is not good enough[,]" you would have to be absolutely positive the person committed the crime before you could consider the death penalty. That is not the legal standard. Would you follow the Court's instructions on the appropriate legal standard or could you not do that?<br><br>**Defense:**<br><br>32, 34 – Brother a C.O.; also 41 brother "attacked."  Concerned about danger to correctional officers if impose life sentence?<br><br>37, 40 |
| 223 | COLOMELLO, CHARLES | **Prosecution:**<br><br>Question 14: Before you retired, how were you employed? Please indicate employer, dates worked, job title, and duties.<br><br>**Defense:**<br><br>19 – Why do you feel you need "protection"?  Agaisnt whom? |

| Juror # | Name | Followup Questions |
|---|---|---|
| 225 | ROBEN JR, GEORGE E | **Prosecution:**<br><br>Question 1: Are you claiming a work-related hardship? If so, please explain the hardship.<br><br>Please answer the following questions: 26 and 38.<br><br>**Defense:**<br><br>60 – What mean by that?<br><br>59 – What view ifdeliberate, intentional and  pre-meditaiated?<br><br>60 – What mean by that? |
| 226 | TSE, PATRICK | **Prosecution:**<br><br>Question 1: This juror states that he needs to travel to London on business in March, but provides no details. When do you need to travel? For how long a period of time? How essential is it that<br><br>you make this trip?<br><br>**Defense:**<br><br>39-41 – More information. |
| 228 | ANDRETTA, CAROLYN L | **Prosecution:**<br><br>Question 43: You have indicated that your son-in-law is a former cocaine user. How, if at all, would that impact your ability to fairly decide this case?<br><br>**Defense:**<br><br>32 – Law enforcrement credibility? |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 234 | CORISH, NANCY C | **Prosecution:**<br><br>Question 1: You claim that serving on this jury will create a hardship for you. Please explain.<br><br>Question 55<br><br>Question 56<br><br>Question 60: Please explain.<br><br>**Defense:**<br><br>32 – Police credibility?<br><br>38, 55 – Please elaborate.<br><br>59 – Why?<br><br>67 – Any examples come to mind? |
| 235 | POLVERE, MARIO J | **Prosecution:**<br><br>Question 1: This prospective juror claims a hardship but is a county employee.<br><br>Question 60: You state that "unless we have eyewitnesses (dependable), DNA, wiretaps, etc, I can't go for death penalty." The law does not require that the prosecution present a certain types of evidence in order that a jury be required to consider the death penalty. Are you saying that for you to consider the death penalty you would require such evidence even though the law does not?<br><br>**Defense:**<br><br>32 – Police credibility?<br><br>59 – How connect OJ and death penalty? |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 236 | GARNETT, THOMAS D | **Prosecution:**<br><br>Please answer question 4.<br><br>Question 41<br><br>**Defense:**<br><br>14 – Police officer NYPD<br><br>15 – Wife is prosecutor.<br><br>60 – Please explain. |
| 237 | KAPLAN, LISA F | **Prosecution:**<br><br>Question 38<br><br>**Defense:**<br><br>41 – Any carryover to jury service?<br><br>60 – What mean by "extenuating circumstances"?<br><br>62 – What need to know? |
| 238 | HELPERN, LAURENCE D | **Prosecution:**<br><br>Question 13: You indicated that you are a "homemaker." Is there a reason why you are not working at this time?<br><br>**Defense:**<br><br>41 – Impact of child abuse?  What reaction if evidence of child abuse in this case?<br><br>59 – Why believe that?<br><br>60 – What "circumstances?"  What if sure guilty? |
| 239 | KROWE, JENNY C | **Prosecution:**<br><br>Question 43: You indicated that your uncle is a recovered heroin addict. Would that fact impact on your ability to fairly decide this case?<br><br>**Defense:**<br><br>47 – Satisifed with way attorney handled your case?  What about the police, treat you fairly?<br><br>60 – What "circumstances"?  What if sure guilty? |

| Juror # | Name | Followup Questions |
|---|---|---|
| 240 | HORSBURGH, IAIN L | **Prosecution:**<br><br>Question 1: You claim a work-related hardship. Please explain.<br><br>**Defense:**<br><br>59 – What mean "cost" and "legal difficulty"? |
| 241 | PERROTTA, PATRICIA M | **Prosecution:**<br><br>Question 44: You indicated that a family member was murdered. Would the facts and circumstances of that case impact on your ability to fairly decide this case?<br><br>**Defense:**<br><br>18, 32, 34 – Police credibility?<br><br>44 – What happened to victim's cousin?<br><br>60 – Explain this opinion.<br><br>70 – What mean "eye-for-eye (if truly deserving)"? |
| 243 | TERRIZZI, SUZANNE A | **Prosecution:**<br><br>Question 49: Is there anything about your prior jury service that would impact on your ability to fairly decide this case.<br><br>**Defense:**<br><br>59 – What if convinced the person is guilty of murder? Deliberate and intentional? |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 245 | WILDSTEIN, LINDA | **Prosecution:**<br>Question 1: You indicated that you had a prepaid ticket for a flight to Omaha, Nebraska on March 2. What is the reason for your trip? How long are you scheduled to stay in Omaha?<br>Questions 13 & 14: You indicated that you are retired. How were you previously employed? Indicate the name of the employer, dates worked, job title, and duties.<br>Question 38<br>Question 55<br>Question 56<br>**Defense:**<br>49 – Remember what kind of case?<br>60 – What if could be released on parole?<br>63 – Why feel that way? |
| 246 | MASCIOLA JR., PHILIP A | **Prosecution:**<br>Question 1: You indicate you have a hardship. Please explain.<br>Question 8: What town do you live in?<br>Question 10: What type of work does your wife do at the U.S. Military Academy at West Point?<br>**Defense:**<br>32 – Police credibility?<br>34 – Why apply?<br>59 – Elaborate on answer.<br>60 – If guilty of deliberate and intentional murder? |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 248 | GARZETTA, ROBERT G | **Prosecution:**<br>Question 38<br>Question 67: Please answer<br>Question 70: Please explain the last part of your answer.<br>**Defense:**<br>14 – State Trooper<br>41 – More information and carryover to this case.  When did this happen?<br>59 – What mean by "only fitting response"?<br>60 – Why "only appropriate sentence?"<br>70 – How would religious, spiritual, or personal beliefs interfere?<br>75 – Explain. |
| 249 | RAFFEL, ZAK | **Prosecution:**<br>Question 20: Please answer<br>Question 26: Please answer<br>**Defense:**<br>35 – Police credibility?<br>41 – How police handle (if reported)?<br>59 – Explain what mean by "reason for intensional murder."<br>62 –  What kinds of facts? |
| 250 | GOLDMAN, DAVID | **Prosecution:**<br>Question 53: What is the name of your friend in the Brooklyn District Attorney's Office?<br>**Defense:**<br>18 – Kind of law?<br>32 – Worried about danger to CO's? |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 251 | MANOS, MICHAEL | **Prosecution:**<br><br>Question 18: What type of law does your father practice? Where did your uncle serve as a federal judge?<br><br>49 – Recall circumstances?<br><br>60 – What kinds of cases should not be applied?<br><br>61 – What "details and information" important?<br><br>62 – All such cases?  What exceptions?<br><br>**Defense:**<br><br>18 – Uncle's name?<br><br>59 – Why?<br><br>60; 62 – What mean be "extenuating circumstances"?  What if sure guilty of murder? |
| 256 | MILLER, HELENA D | **Prosecution:**<br><br>**Defense:**<br><br>7 – When come to  the US?<br><br>32 – Police credibility?<br><br>59 – What have in mind re "mitigating circumstances"?  What if sure of guilt?<br><br>70 – Elaborate. |
| 258 | MARTINEZ, CONSTANTINO R | **Prosecution:**<br><br>Are you claiming a work-related hardship? If so, please explain.<br><br>Question 56<br><br>Question 69<br><br>**Defense:**<br><br>32 – Police credibility?<br><br>34 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 259 | O'BRIEN, KEVIN C | **Prosecution:**<br>Question 36<br>Question 37<br>Question 39: Please explain.<br>Question 45<br>Question 47<br>Question 48<br>**Defense:**<br>34 – Why want to be cop?<br>43 – Carryover to this case? |
| 260 | BROWN-BURNETT, JOAN D | **Prosecution:**<br>Question 15: What type of work does your husband do?<br>Please answer the following questions: 32, 33, 34, 35, 59-62, 69, and 70.<br>Question 42<br>Question 43<br>**Defense:**<br>32 – Police credibility?<br>67 – Particular case in mind? |
| 262 | HIGGINS, PATRICK J | **Prosecution:**<br>Question 70: With respect to the death penalty, would your religious beliefs make it difficult for you to follow the legal instructions given by the Court?<br>**Defense:**<br>44 – When?  Arrest and prosecution?<br>48 – Explain. |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 263 | DELVECCHIO, ANTHONY | **Prosecution:**<br><br>Question 1: Would your service on this jury create a financial hardship for you?<br><br>Question 49: Please complete the answer to this question.<br><br>**Defense:**<br><br>60 – What kinds of cases if the murder is deliberate an intentional? |
| 264 | ARRUDA, JEAN MARIE | **Prosecution:**<br><br>What does your husband do for a living?<br><br>**Defense:**<br><br>32<br><br>34<br><br>60 – What if sure perosn was guilty of deliberate intentioanl mureder? |
| 266 | KELLEHER, PETER J | **Prosecution:**<br><br><br>**Defense:**<br><br>14 – Retired FBI Agent; lean to prosecution side of issues?<br><br>32<br><br>33<br><br>39<br><br>44<br><br>48<br><br>53<br><br>60 – What if sure of guilt and deliberate and intentional?<br><br>67 – Kinds of cases?<br><br>75 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 268 | DONOHUE, SUSAN T | **Prosecution:**<br>Question 1: Would serving on this jury create a hardship for you? If so, please explain.<br>Question 43: Would this have any impact on your ability to fairly decide this case?<br>**Defense:**<br>59, 60 – What "circumstances" have in mind?  What if sure of guilt and deliberate and intentional?<br>62 – Misunderstand question? |
| 269 | ELLER, HAZEL | **Prosecution:**<br>Question 1: Would serving on this jury create a hardship for you? If so, please explain.<br>Question 38<br>Question 56<br>Question 63: Please answer<br>Question 69<br>**Defense:**<br>42<br>45, 47<br>59 – What mean by "works"?<br>61 – What if sure of guilt and deliberate and intentional?<br>75 |
| 270 | PRESCOTT, LINDA A | **Prosecution:**<br>**Defense:**<br>10 – Husband police detective; police bias/credibility?<br>33<br>59 – Explain "no mercy/torchful (tortyure?)"<br>60 – What if sure of guilt and deliberate and intentional?<br>62 – Expain what man by "intesity of the murder." |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 271 | AGRO, CHRISTOPHER J | **Prosecution:**<br>Please answer questions 70 and 71.<br>**Defense:**<br>Question 32<br>Question 59, 61<br>Question 66 |
| 275 | GARDINEER, ARTHUR A | **Prosecution:**<br>Question 41<br>Question 43<br>Question 56<br>**Defense:**<br>Question 32<br>Question 35<br>Question 59, 60, 62<br>Question 66<br>Question 67<br>Question 70<br>Question 75 |
| 276 | VINCOLI, MARY ANN | **Prosecution:**<br>Question 26<br>Question 67<br>Question 70<br>**Defense:**<br>Question 32<br>Question 59, 60 |
| 278 | STEINWAY, HARRY | **Prosecution:**<br>**Defense:**<br>Question 59<br>Question 60 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 280 | MORALES, ALEJANDRO | **Prosecution:**<br>Retired from what job?<br>Question 41<br>Question 45<br>Question 58<br>Question 59<br>**Defense:**<br>Question 32<br>Question 67 |
| 281 | MELFI, LINDA L | **Prosecution:**<br>Question 43<br>**Defense:**<br>Question 59<br>Question 60<br>Question 61 |
| 283 | BARISH, LOIS S | **Prosecution:**<br>Question 41<br>Question 43<br>Question 44<br>**Defense:** |
| 286 | MANGUM, JEFFREY P | **Prosecution:**<br>Question 37<br>Question 41<br>Question 44<br>Question 49<br>Question 69<br>**Defense:**<br>Question 59 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 289 | BRUNO, CONSTANCE | **Prosecution:**<br>Question 26<br>Question 56<br>**Defense:**<br>Question 32, 34<br>Question 59, 60 |
| 293 | CHECCA, RONALD P | **Prosecution:**<br>Question 51: What, if anything, do you remember about the news<br>report about this case?<br>**Defense:**<br>Question 26<br>Question 59, 61, 62 |
| 295 | BENOWITZ, SCOTT D | **Prosecution:**<br>Question 59: Please answer<br>Question 62: Please complete answer<br>Question 71: Please answer<br>**Defense:**<br>Question 59, 67 |
| 296 | SUCATO, ANTHONY F | **Prosecution:**<br>Question 14: Before you retired, what type of work did you do?<br>Please indicate the employer, dates worked, job title, and duties.<br>Question 38<br>Question 55<br>**Defense:**<br>Question 59, 60, 63, 75 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 300 | XIMINES, ROBERT A | **Prosecution:**<br><br>Question 19: How many and what types of guns do you own?<br><br>**Defense:**<br><br>Question 4<br><br>Question 14<br><br>Question 40<br><br>Question 59 |
| 305 | BISQUERT, GINA R | **Prosecution:**<br><br>Question 1: This prospective juror claims a financial hardship because her employer will only pay for 10 days of jury service.<br><br>Question 38<br><br>Question 55<br><br>**Defense:**<br><br>Question 26<br><br>Question 59, 60 |
| 306 | GREINER, BERNADETTE | **Prosecution:**<br><br>Question 47: Please answer<br><br>Question 48: Please answer<br><br>**Defense:**<br><br>Question 1, 4<br><br>Question 59, 60 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 308 | NUNZIATA, SUSAN J | **Prosecution:**<br>Question 42<br>Question 43: Would this fact impact on your ability to fairly decide this case?<br>Question 70: Please answer<br>**Defense:**<br>Question 32, 34<br>Question 40, 41<br>Question 60, 62 |
| 309 | ACEVEDO, RICHARD | **Prosecution:**<br>Question 1: This prospective juror indicates that he has National Guard training in April.<br>Question 13: You have indicated that you are both unemployed and retire. Please explain.<br>**Defense:**<br>Question 32<br>Question 41<br>Question 59, 60, 62, 63 |
| 310 | SYLVESTER, JERRY | **Prosecution:**<br>Question 14: How long did you work as a New York City Correction Officer?<br>Question 42<br>Question 49: Did you actually serve as a juror? If so, what type of case? Did the jury reach a verdict?<br>**Defense:**<br>Question 32<br>Question 42<br>Question 59, 60 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 313 | ATHERLY-JOHN, YVONNE C | **Prosecution:** <br><br> Question 1: Would serving on this jury create a hardship? If so, please explain. <br><br> Question 42 <br><br> Question 43 <br><br> Question 69 <br><br> **Defense:** <br><br> Question 4, 5 <br><br> Question 18 <br><br> Question 32, 34 <br><br> Question 59, 61 |
| 316 | COSTELLO, JAMES T | **Prosecution:** <br><br> **Defense:** <br><br> Question 59 <br><br> I am missing page 20 |
| 318 | MANFREDONIA, JO ANN | **Prosecution:** <br><br> Please answer the following questions: 1, 5, 67, and 75. <br><br> **Defense:** <br><br> Question 40, 41 <br><br> Question 59, 60, 61 |
| 319 | FRATTO, LAURA | **Prosecution:** <br><br> What type of work did your husband do? <br><br> Question 38 <br><br> Question 42 <br><br> Question 69 <br><br> **Defense:** <br><br> Question 59 <br><br> Question 70 <br><br> Question 75 |

| Juror # | Name | Followup Questions |
|---|---|---|
| 320 | LOMBARDO, MARGARET L | **Prosecution:**<br>Question 43: Would this fact impact your ability to fairly decide this case?<br>**Defense:**<br>Question 32<br>Question 60 |
| 321 | WEBER, RONALD | **Prosecution:**<br>Question 37<br>Question 49: Did the jury you served on reach a verdict?<br>**Defense:**<br>missing page 5<br>Question 44<br>Question 60 |
| 323 | ECKEL, ANNA | **Prosecution:**<br>**Defense:**<br>Question 37<br>Question 41 |
| 325 | BONOWICZ, WALTER E | **Prosecution:**<br>Question 14: How were you previously employed?<br>**Defense:**<br>Question 21<br>Question 32 |
| 326 | MARKUS, DAVID EVAN | **Prosecution:**<br>**Defense:**<br>Question 18<br>Question 39<br>Question 44 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 327 | DESANTIS, BETH O | **Prosecution:**<br>Question 43: Would this fact impact your ability to fairly decide this case?<br>Question 56<br>**Defense:**<br>Question 39<br>Question 55<br>Question 62 |
| 328 | MC KNIGHT, MONICA | **Prosecution:**<br>Question 1: Would serving on this jury create a hardship for you? If so, please explain.<br>Question 42<br>**Defense:**<br>Question 33 |
| 331 | STARINK, LUCILLE A | **Prosecution:**<br>Question 1: Would serving on this jury create a hardship for you? If so, please explain.<br>Question 32: Would this fact impact your ability to fairly decide this case?<br>Question 55<br>Question 56<br>Question 75<br>**Defense:**<br>Question 4<br>Question 5<br>Question 44<br>Question 59 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 334 | KARDAS, STANLEY L | **Prosecution:**<br>Question 1<br>Question 44<br>Question 56<br>**Defense:**<br>Question 38<br>Question 53 |
| 335 | JATASANONT, PAYONT | **Prosecution:**<br>Question 1<br>Question 32<br>Question 45<br>Question 56<br>Question 70<br>**Defense:**<br>Question 40<br>Question 60 |
| 336 | LOBASSO-STERN, LAURA | **Prosecution:**<br>Question 41<br>Question 56<br>**Defense:**<br>Question 1<br>Question 34<br>Question 38<br>Question 42<br>Question 43<br>Question 55<br>Question 60<br>Question 61<br>Question 62<br>Question 75 |

| Juror # | Name | Followup Questions |
|---|---|---|
| 338 | FARRELL, DIANE | **Prosecution:**<br><br>Question 38<br><br>Question 69<br><br>**Defense:**<br><br>Question 1<br><br>Question 13<br><br>Question 18<br><br>Question 23<br><br>Question 27<br><br>Questions 32, 33 & 34<br><br>Questions 36 & 38<br><br>Questions 39, 40 & 41<br><br>Question 62<br><br>Question 66<br><br>Question 75 |
| 340 | LA FORGE, MARK | **Prosecution:**<br><br>Question 26<br><br>Question 45<br><br>**Defense:**<br><br>Question 1<br><br>Question 18<br><br>Question 32<br><br>Question 43<br><br>Question 59<br><br>Question 60<br><br>Question 62 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 342 | SHERWOOD, KELLY M | **Prosecution:**<br>Question 32<br>Question 47<br>Page 25: #4, #5<br>**Defense:**<br>Question 1<br>Question 4<br>Question 32 |
| 343 | LAVI, MARK B | **Prosecution:**<br>Previous jobs? Ever been employed?<br>**Defense:** |
| 345 | SCHACHER, SUE A | **Prosecution:**<br>Question 37<br>Question 44<br>Question 69<br>**Defense:**<br>Question 1<br>Question 4<br>Question 32<br>Questions 37, 41 & 45<br>Question 58<br>Question 59<br>Question 60 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 347 | ROBERTS, REMICA L. | **Prosecution:** Question 41 Question 44 Question 62 Question 65 Question 69 Question 70 **Defense:** Question 4 Question 41 Question 44 |
| 350 | SCHULTZ, ANDREW P | **Prosecution:** Question 39 Question 69 **Defense:** Question 1 Questions 32, 33 & 34 Question 37 Question 40 Question 59 Question 60 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 351 | GOLDBERG, LISA R | **Prosecution:**<br>Question 1<br>Question 41<br>Question 51<br>Question 56<br>Question 69<br>How do you know Det. Malfitano? Affect your ability to be fair and impartial in this case?<br>**Defense:**<br>Questions 4 & 5<br>Question 18<br>Question 38<br>Question 52 (none of the defense attorneys belong to her synagogue)<br>Question 55<br>Question 75 |
| 354 | MACLEOD, JOHN B | **Prosecution:**<br>Question 67<br>**Defense:**<br>Question 59<br>Question 60 |
| 355 | DONOHUE, SEAN | **Prosecution:**<br>**Defense:**<br>Question 1<br>Question 26(a)<br>Question 32<br>Question 59, 60 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 356 | FOULKE, WILLIAM G | **Prosecution:**<br>Question 41<br>**Defense:**<br>Question 32, 33<br>Question 41<br>Question 59, 60, 62 |
| 357 | HALL, MARTHA F | **Prosecution:**<br>**Defense:**<br>Question 3, 5<br>Question 43<br>Question 57<br>Question 59, 60, 62, 67<br>Question 75 |
| 358 | GALLAGHER, DANIEL J | **Prosecution:**<br>Question 25<br>Question 26<br>Question 41<br>Question 43 please elaborate<br>**Defense:**<br>Question 59, 60, 62 |
| 360 | SMITH, JERMAIN J | **Prosecution:**<br>Question 40<br>Question 41<br>Question 42<br>Question 43<br>Question 44<br>**Defense:**<br>Question 48<br>Question 59, 60 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 361 | GRECO, ELIZABETH A | **Prosecution:**<br>Question 26<br>Question 39<br>**Defense:**<br>Question 1, 4<br>Question 32<br>Question 35<br>Question 36, 37<br>Question 59, 60 |
| 362 | SEPLER, JOAN A | **Prosecution:**<br>Please elaborate on type of social work that you do.<br>Question 40<br>Question 41<br>Question 55<br>Question 57<br>Question 59<br>Question 67<br>Question 69<br>**Defense:**<br>Question 1<br>Question 33<br>Question 37, 38<br>Question 59, 60 |
| 363 | VOGT, STANLEY R | **Prosecution:**<br>Any relation to a Jacob Vogt?<br>Question 70<br>Question 71<br>**Defense:**<br>Question 1<br>Question 59, 60 |

| Juror # | Name | Followup Questions |
|---|---|---|
| 366 | SHAVER, PEGGY L | **Prosecution:**<br>Question 37<br>Question 44<br>**Defense:**<br>Question 1<br>Question 60, 61 |
| 367 | DUNN, RUSSELL M | **Prosecution:**<br>Any prior jobs?<br>Question 42<br>Question 45<br>**Defense:**<br>Question 39<br>Question 59, 60 |
| 370 | LEVINE, PHILIP J | **Prosecution:**<br>Question 1<br>Question 18 What kind of lawyers are your close friends?<br>Question 40<br>Question 41<br>Question 42<br>Question 43<br>**Defense:**<br>Question 32<br>Question 57<br>Question 59, 60<br>Question 70<br>Question 75 |

| Juror # | Name | Followup Questions |
|---------|------|--------------------|
| 373 | MCGANNON, KENNETH J | **Prosecution:**<br>Question 43<br>Question 55<br>Question 56<br>Question 59<br>**Defense:**<br>Question 32<br>Question 38, 55<br>Question 59, 60, 62, 63<br>Question 75 |
| 376 | HALE, JANE P | **Prosecution:**<br>Question 26<br>**Defense:**<br>Question 32<br>Question 59, 60, 62 |
| 377 | BOUCHER, IRVAN A | **Prosecution:**<br>Question 26<br>Question 41<br>Question 59<br>**Defense:**<br>Question 59, 60, 61, 62 |
| 378 | HAMMEL SR, ADAM | **Prosecution:**<br>Question 14 why leave job as a C.O?<br>Question 37<br>Question 44<br>Question 48<br>**Defense:**<br>Question 32<br>Question 34<br>Question 59, 60, |

| Juror # | Name | Followup Questions |
|---|---|---|
| 381 | GALLI, NEIL A | **Prosecution:**<br>**Defense:**<br>Question 59, 60, 62 |