UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA      :

  - against -                 :

KHALID BARNES,           :
                   Defendant.

-------------------------------------------------------X

S2 04 Cr. 186 (LAP)

**NOTICE OF MOTION**
**FOR SENTENCE**
**REDUCTION PURSUANT TO**
**18 U.S.C. § 3582(c)(1)(A)**

      **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, KHALID BARNES, will move before the Honorable Loretta A. Preska, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for modification of his sentence pursuant to 18 U.S.C. §3582(c)(1)(A)(i), as amended by the First Step Act, P.L. 115-391, based on extraordinary and compelling reasons as set forth in the accompanying Memorandum of Law and Exhibits, and for any such other and further relief as to the Court seems just and proper.

Dated:  New York, New York
       February 3, 2025

                                    /s/ Joshua L. Dratel
                                JOSHUA L. DRATEL
                                Dratel & Lewis
                                29 Broadway, Suite 1412
                                New York, New York 10006
                                (212) 732-0707
                                jdratel@dratellewis.com

                                *Attorney for Defendant Khalid Barnes*

To:   CLERK OF THE COURT

      UNITED STATES ATTORNEY
      SOUTHERN DISTRICT OF NEW YORK